UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JOAQUIN MURRIETTA MARTINEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>J. LIZARRAGA, Warden; et al.,<br><br>    Defendants. | No. 2:16-cv-2275<br><br>Court of Appeals No. 17-15946<br><br>**ORDER** |

----oo0oo----

In the Magistrate Judge's Order of January 23, 2017, plaintiff's original complaint was dismissed on the ground that it was found to be frivolous. (Docket No. 6). In his subsequent Findings and Recommendations of March 27, 2017, the Magistrate Judge recommended dismissal of plaintiff's amended complaint for the same reasons. (Docket No. 9). This court adopted the Findings and Recommendations on April 20, 2017 (Docket No. 11). Because the court has found plaintiff's action to be frivolous, the court HEREBY REVOKES PLAINTIFF'S FORMA PAUPERIS STATUS ON APPEAL. See 28 U.S.C. § 1915(a)(3); and Hooker v. American

1

Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002).

The Clerk of this Court shall forthwith forward a copy of this Order to the Clerk of the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: May 15, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE